SCWC-30065

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

WILLARD M. IMAMOTO, Petitioner/Plaintiff-Appellant,

vs.

KAHI MOHALA HOSPITAL, NAOMI MORGAN, DUDLEY AKAMA, THE DEPARTMENT OF THE ATTORNEY GENERAL, Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30065; CIV. NO. 06-1-2068)

ORDER DISMISSING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Petitioner/Defendant-Appellant Willard M. Imamoto's application for writ of certiorari, which was filed on July 8, 2013, was filed more than thirty days after the filing of the ICA's May 31, 2013 judgment on appeal. The application is untimely, and thus this court lacks appellate jurisdiction. See Hawai'i Revised Statutes § 602-59(c) (Supp. 2011); Hawai'i Rules of Appellate Procedure Rule 40.1(a) (2013). Therefore,

IT IS HEREBY ORDERED that the application for writ of certiorari is dismissed.

DATED:  Honolulu, Hawaiʻi, July 15, 2013.

Willard M. Imamoto,
Petitioner, pro se

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack



2